# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANWAR EAST, <br><br> Petitioner, <br><br> v. <br><br> GERALD ROZUM, <br><br> Respondent. | CIVIL ACTION <br><br> No. 10-2158 |

## ORDER

**AND NOW**, this 23rd day of June, 2011, upon consideration of petitioner Anwar East's habeas corpus petition (Docket No. 1), the report and recommendation of Magistrate Judge Timothy R. Rice (Docket No. 13), East's objections to the report and recommendation (Docket No. 17), and the entire record herein, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. The report and recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. Petitioner's request for an evidentiary hearing is **DENIED**; and

4. A certificate of appealability is **NOT GRANTED**.

BY THE COURT

/s/ Louis H. Pollak
Pollak, J.